I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet-turn (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-20-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK McKENZIE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-2858-RGK(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On November 30, 2012, Petitioner filed objections to the Report and Recommendation, in which he simply reargues some of the points he made in the Petition and Reply. Having determined de novo those portions of the Report and Recommendation to which Petitioner objected, the Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 19, 2012

R. GARY KLAUSNER
U.S. DISTRICT JUDGE